HAC/js
10/09/17

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT AKRON

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 17-50756 |
| PAUL & MARYANN HARDWICK | ) | CHAPTER 7 |
| Debtors | ) | BANKRUPTCY JUDGE: ALAN M. KOSCHIK |
| | ) | |
| | ) | MOTION TO COMPROMISE AND SETTLE DISPUTE |
| | ) | |

Now comes Harold A. Corzin, Trustee herein, and moves this Court for an Order authorizing him to compromise and settle a dispute as follows, to wit:

Within the statutory avoidance period the debtor transferred the sum of $3,500.00 to her daughter, Carol Curtis. The transaction was set forth in the Statement of Financial Affairs. The debtors agree that the transfer is avoidable pursuant to the provisions of 11 U.S.C. Section 547 or 548. The debtors and the transferee have agreed that the sum of $200.00 will be paid on a monthly basis with a balloon payment due by the end of February, 2018. The Trustee believes that this resolution is fair and equitable as the estate will not suffer any harm as a result thereof and the inconsistencies and costs of litigation will be avoided.

WHEREFORE, the Trustee prays that he be authorized to compromise this dispute as set forth above. Further, the Trustee prays that this Motion be granted and that a corresponding Order be issued without formal hearing unless a creditor or other party having an interest in these proceedings files a written objection or requests a formal hearing within 21 days from receipt of notice hereof.

/s/Harold A. Corzin

HAROLD A. CORZIN, TRUSTEE
Ohio Bar No. 0005021
304 Cleveland-Massillon Rd.
Akron, Ohio 44333
(330) 670-0770 Voice
(330) 670-0297 Facsimile
Hcorzin@csu-law.com

**NOTICE TO ALL CREDITORS AND OTHER PARTIES
HAVING AN INTEREST IN THESE PROCEEDINGS**

**You are hereby placed on notice that unless, within 21 days from the date of this Notice you make your intentions known by either contacting the Trustee, in writing, or by objecting to this Notice and requesting a formal hearing relevant to the Notice, the Trustee shall take the action announced herein without further notice to you and without hearing. Any and all objections should be filed with the Clerk of Courts, U. S. Bankruptcy Court, 455 Federal Building, 2 South Main Street, Akron, Ohio, 44308, with a copy of the objection served upon the undersigned at the address set forth below. This Notice is being provided pursuant to 11 U.S.C. § 102(1).**

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE

CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Motion was served upon the following:

Debtors:
Paul A. Hardwick, Jr.
MaryAnn Hardwick
2611 Pearl Rd
Medina, OH 44256
(Regular U. S. Mail)

Attorney for Debtor:
Rick Pluma
(electronic mail)

Office of the United States Trustee
(Electronic mail)

All creditors set forth on this Court's mailing matrix
(Regular U. S. Mail)

the 9th day of October, 2017.

/s/ Harold A. Corzin
HAROLD A. CORZIN, TRUSTEE

## NOTICE OF TRUSTEE'S MOTION TO COMPROMISE

**HAROLD A. CORZIN**, Chapter 7 Trustee, has filed papers with the court seeking a compromise of certain property in this estate.

**Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)**

If you do not want the court to authorize this compromise, or if you want the court to consider your views on the Notice, then on or before ***November 1, 2017***, you or your attorney must:

**File with the court a written request for a hearing at:**

> Clerk of Courts
> U. S. Bankruptcy Court
> 455 Federal Building-Courthouse
> 2 South Main Street
> Akron, Ohio 44308

If you mail your request to the court for filing, you must mail it early enough so the court will **receive** it on or before the date stated above.

**You must also mail a copy to:**

> Harold A. Corzin
> Chapter 7 Trustee
> 304 N. Cleveland-Massillon Road
> Akron, Ohio 44333

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the Motion and may enter an order granting that relief.

Date: October 9, 2017    /s/Harold A. Corzin
    Harold A. Corzin
    Chapter 7 Trustee
    304 N. Cleveland-Massillon Road
    Akron, Ohio 44333